UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**BELINDA SUE MCINTOSH,**                              JUDGMENT IN A CIVIL CASE

    **Plaintiff,**

vs.

**COMMISSIONER OF SOCIAL SECURITY,**          CASE NO: 14-1143-STA-dkv

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Reversing the Decision of the Commissioner and Remanding Pursuant to Sentence Four of 42. U.S.C. § 405(G) entered on July 19, 2017, the decision of the Commissioner is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

                                                      APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/19/2017                              THOMAS M. GOULD
                                                       Clerk of Court

                                                       s/Maurice B. BRYSON

                                                    (By)   Deputy Clerk